UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION; et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Respondents, <br> _____ <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> Intervenor. | No.   21-71287 <br><br> EPA No. <br> EPA-HQ-OPP-2011-0855 <br> Environmental Protection Agency <br><br> ORDER |

The joint motion (Docket Entry No. 68) for extensions of time for the responses and replies to the motion for voluntary remand and the motion for abeyance is granted.

The reply in support of the motion for voluntary remand is due March 17, 2025.

The responses to the motion for abeyance are due March 17, 2025. The reply

in support of the motion for abeyance is due March 31, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT