UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION; et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Respondents, <br> _____ <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> Intervenor. | No. 21-71287 <br><br> EPA-HQ-OPP-2011-0855 <br> Environmental Protection Agency <br><br> ORDER |

Before: TASHIMA and OWENS, Circuit Judges.

The motion (Docket Entry No. 63) for voluntary remand is denied.

The motion (Docket Entry No. 67) to hold this case in abeyance is granted. Within 90 days after the date of this order, and every 90 days thereafter until agency reconsideration proceedings are completed, respondents must file a report on the status of those proceedings. Within 21 days after completion of agency reconsideration proceedings, respondents must file a status report and may request appropriate relief.

OSA145

This order is without prejudice to petitioners filing a petition for a writ of mandamus. *See In re Pesticide Action Network N. Am.*, 798 F.3d 809, 813 (9th Cir. 2015) (this court has authority to issue a writ of mandamus directing a federal agency to act where the agency has unreasonably delayed).